In the Interest of S.B.; Respondent,

Juvenile Officer, Respondent,

v.

J.D. (Mother), Appellant.

No. WD 73841.

Missouri Court of Appeals, Western District.

Dec. 20, 2011.

Laura Tyler, Kansas City, MO, for Appellant.

Lori Stipp, Kansas City, MO, for Respondent, Juvenile Officer.

Katherine Rodgers, Kansas City, MO, for Respondent, S.B.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM:

J.D. appeals the circuit court's judgment terminating her parental rights to her biological child, S.B. We affirm. Rule 84.16(b).

■

Earl KIZINE, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 73895.

Missouri Court of Appeals, Western District.

Dec. 20, 2011.

Earl Lee Kizine, Kansas City, MO, Appellant pro se.

Robert A. Bedell, Jefferson City, MO, for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Earl Kizine appeals the Order of the Labor and Industrial Relations Commission disqualifying him from receiving unemployment benefits. We affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling today. Rule 84.16(b).